UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-02037 WBS CKD |
| Plaintiff, | |
| v. | ORDER |
| NITIKA, INC d/b/a SMOKE PARADISE 707, NITIKA DADHWAL, GURPREET DADHWAL, and JEFFREY LEE, | |
| Defendants. | |

----oo0oo----

Upon consideration of plaintiff's motion (Docket No. 7), it appears therefrom that plaintiff has attempted to serve defendants personally and is now taking steps to locate other addresses at which to serve defendants or will attempt service by publication.[1]

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for extension of time to perfect service upon

---

[1] This matter was taken under submission without oral argument pursuant to Local Rule 230(g).

1

defendants (Docket No. 7) be, and the same hereby is, GRANTED. Plaintiff has 60 days from the date of this order to perfect service upon defendants.

Dated:  February 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE