1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GS HOLISTIC, LLC,                        No.  2:22-cv-02037-WBS-CKD

12                    Plaintiff,              ORDER

13          v.

14   UNLIMITED SMOKE AND VAPE
     PARADISE, et al.,
15
                      Defendants.
16

17

18
            On June 5, 2024, the magistrate judge filed findings and recommendations (ECF No. 49)
19
     which contained notice that any objections to the findings and recommendations were to be filed
20
     within fourteen days. No objections were filed.
21
            The court presumes that any findings of fact are correct. See Orand v. United States, 602
22
     F.2d 207, 208 (9th Cir. 1979). The court reviews de novo the magistrate judge's conclusions of
23
     law. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
24
            Having reviewed the matter, and for good cause appearing, the court adopts the findings
25
     and recommendations in full. Accordingly, IT IS HEREBY ORDERED as follows:
26
            1.      Plaintiff's motion for default judgment (ECF No. 43) is granted in part as set forth
27
     below.
28
                                                    1

2.      Judgment is entered against defendants Unlimited Smoke and Vape Paradise and Abdo Alghazali on the amended complaint's claims of trademark infringement and unfair competition

3.      Plaintiff is awarded statutory damages pursuant to 15 U.S.C. § 1117 in the amount of $5,000.00 and costs in the amount of $565.20.

4.      In all other respects, the motion (ECF No. 43) is denied.

5.      The Clerk of the Court is directed to close this case.

Dated:  July 11, 2024

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8
GSholi22cv2037.jo